■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO BELL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Curci, J.), rendered May 24, 1984, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL BRIGGS, Appellant.—Judgment of the Supreme Court, Queens County (Dufficy, J.), rendered August 8, 1984, on indictment No. 4270/83, and judgment of the same court, rendered September 25, 1984, on indictment No. 3604/84, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL BULERIN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (McNab, J.), rendered March 21, 1983, convicting him of robbery in the first degree (four counts) and grand larceny in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Despite certain minor inconsistencies in the physical description of the defendant provided by the sole eyewitness, the weight and reliability to be accorded to his testimony was a matter for the jury, and his testimony does not "compel the conclusion that a reasonable doubt existed as a matter of law" *(People v La Borde,* 76 AD2d 869, 870; *see, People v Herriot,* 110 AD2d 851). Lawrence, J. P., Eiber, Kunzeman and Kooper, JJ., concur.